

**Cameron Blazer <cameron@blazerlaw.com>**

## Ronald Saunders

**Crystal Barr** <Crystal_Barr@scp.uscourts.gov>   Wed, Feb 3, 2021 at 10:13 AM
To: "cameron_blazerlaw.com" <cameron@blazerlaw.com>, Jillian Anderson <Jillian.Anderson@usdoj.gov>

Good morning,
I have discussed this issue with my supervisor and we have reviewed statute and policy. Due to Saunder's job as a realtor, the probation office is not opposed to the Court setting a reasonable curfew, such as 7:30 a.m. to 8:00 p.m. As you know, the wording should be something like "home detention is hereby removed and a curfew is set from 7:30 a.m. to 8:00 p.m. daily due to his employment as a realtor and the schedule required for such employment...…"

I will continue to map his points to ensure compliance with all the conditions of his bond.
I have another appointment. Should you need me in the next hour or so, please feel free to call my cell phone. 843-566-2500.
Thanks,
Crystal

-----Original Message-----
From: Cameron Blazer <cameron@blazerlaw.com>
Sent: Tuesday, February 2, 2021 6:11 PM
To: Crystal Barr <Crystal_Barr@scp.uscourts.gov>; Jillian Anderson <Jillian.Anderson@usdoj.gov>
Subject: Ronald Saunders

CAUTION - EXTERNAL:
[Quoted text hidden]
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.