UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) No. 4:20CR762(SEP) |
| RONALD SAUNDERS, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

**IT IS HEREBY ORDERED** the parties' joint Motion for Combined Plea and Sentencing Hearing [doc. 44] is **Granted** and the change of plea and sentencing as to this defendant is set on **Thursday, April 21, 2022, at 10 a.m**. **in the courtroom of the undersigned.**

**IT IS FURTHER ORDERED** in light of the Covid-19 Pandemic, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7), and for the reasons stated in the Administrative Order entered by Chief Judge Sippel dated March 8, 2021, that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore the time period between the date of this Order and **April 21, 2022,** is excludable time under the Speedy Trial Act.

**IT IS FURTHER ORDERED** that the deadline for filing responses to the Presentence Report is **April 13, 2022**.

**IT IS FURTHER ORDERED** that the parties shall inform the Court in writing not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda or motion for downward departure no later than seven (7) days before the sentencing date except that a response to any sentencing memoranda may be filed no later than five (5) days before the sentencing date.

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.

Dated this 11th day of January, 2022

_____
UNITED STATES DISTRICT JUDGE