



# Summerville man and pet bloodhound rescue missing woman, child in woods

by Caroline Balchunas
Thursday, July 23rd 2020



<p>There's a happy ending after an all-night search for two missing people. A woman and child were rescued in the woods by an unlikely duo. (provided){/p}

  

SUMMERVILLE, S.C. (WCIV) — There's a happy ending after an all-night search for two missing people. A woman and child were rescued in the woods by an unlikely duo.

 

and a four-year-old boy wandered off in the woods and they were nowhere to be seen. Dorchester County officials launched a search party looking for the two.

Search Site

Ron Saunders, a Summerville resident, heard about the search and offered to help. Saunders and his bloodhound Lucy joined a detective the next morning. Saunders said Lucy is trained in search and recovery, but this was her first time involved in the search of a missing child.

"I was actually really worried about snakes, right now is a really big time of year and they were in pine, so you run into a lot of rattle snakes in pine," said Saunders.

Sponsored Links

**The most relaxing farm game of 2022. No Install**
Taonga: The Island Farm                                   Play Now

He said within a couple hours they found them, alive and unharmed, about two miles from the house.

"The officer and I were yelling, (Lucy) started pulling me a little bit and I said, I think that's them and it was about 800-900 yards down, I said, I think that's them, I'm pretty sure, that looks like two people," Saunders said. "We just started going faster and faster towards them and it was them and I mean it was a joyful moment for everyone. Lucy went absolutely nuts. I've never seen her happier on finding something."

It was a terrifying night for the boy's family. His mother Teri Parkison won't ever forget that fateful moment—the phone call that both were found safe.

"We were trying to get to them and we're yelling, they're yelling back so we can locate them and that was the most awesome moment," Parkison said. "I mean, I got physically ill, I was just so overwhelmed."

Parkison said the woman is her best friend, who was babysitting her son while she was at work. She said they went to go look for critters outside but at some point, lost their way.

"She got turned around and then it got dark on her, and once it got dark, you can't see anything. I mean, I can't even walk across my backyard it's so dark out here at night," she said.

 

bugs out in the woods, both are doing fine.

"They were tired, Bryce was not that bad actually because Pat had taken mud and she rubbed [it on him to keep the bugs off of him]," [Parkison] said. "She was way more distraught than Bryce and it showed that she took very good care of him and protected him during that ordeal. She kept him entertained and they counted stars and they named the stars, she just tried to make it as much like they were on an adventure."

The incident was a learning experience. Parkison said they'll be installing lights on the gate in the backyard so something like this never happens again.

**MORE TO EXPLORE**

**Sheriff still baffled after four children rescued from 'horrible living conditions'**

**Authorities find body of missing 5-year-old girl in Georgetown County**

**Suspect arrested in North Charleston motel murder**

**SPONSORED CONTENT**                                                                             by Taboola

**Empty Alaska Cruise Cabins Cost Almost Nothing**
Alaska Cruise Deals | sponsored searches | *SPONSORED*

**Gronk's Favorite "Dressy" Shoes Feel Like Walking On Clouds**
Wolf & Shepherd | *SPONSORED*

**New Cadillac's Finally On Sale**
All Things Auto | Search Ads | *SPONSORED*



# Suspect's charge upgraded to murder after shooting victim dies in hospital

by ABC News 4 Staff
Friday, July 1st 2022

{p}File/WCIV{/p}{p}{/p}

 

NORTH CHARLESTON, S.C. (WCIV) — A man who was arrested for attempted murder in North Charleston is now charged with murder after a victim died in the hospital days later.

Elijah Henry Ladson, 35, was arrested on June 26 in connection to a shooting that happened at Charleston Heights Motel on Rivers Avenue on June 25.

**RELATED:** *Man charged with attempted murder in North Charleston motel shooting, police say*

The victim died from his injuries at a hospital on June 30. North Charleston Police announced Friday that the charge of attempted murder was upgraded to murder.

Friday afternoon, Charleston County Coroner Bobbi Jo O'Neal identified the victim as 67-year-old Jagdishbhai Patel of North Charleston.

**MORE TO EXPLORE**

**Suspect arrested in North Charleston motel murder**

**Driver charged after 3 passengers killed by Amtrak train in North Charleston**

**Sheriff still baffled after four children rescued from 'horrible living conditions'**

SPONSORED CONTENT                                        by Taboola

**Amazon Left Scrambling As Shoppers Find Out About Secret Deals**
Online Shopping Tools | SPONSORED

**Empty Alaska Cruise Cabins Cost Almost Nothing**
Alaska Cruise Deals | sponsored searches | SPONSORED

**New Cadillac's Finally On Sale**

LIVE

Search Site

81° 86° 89°

Loading ...