# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| | ) Cause No.  4:20CR00762 SEP |
| v. | ) |
| **RONALD SAUNDERS,** | ) |
| **Defendant.** | ) |

## DOCUMENTATION FILE

Comes now Defendant, by and through counsel, and hereby files the below-referenced additional material with the Court as an aid in determining an appropriate sentencing disposition in the above-referenced matter.

    1.    Character Letter from Ron's counselor, Kevin Chadbourne Downs, LAC, LPC/S.

Respectfully submitted,

| BLAZER LAW FIRM | FRANK, JUENGEL & RADEFELD, ATTORNEYS AT LAW, P.C. |
|---|---|
| By: */s/ Cameron Jane Blazer* | By */s/ Matthew A. Radefeld* |
| CAMERON JANE BLAZER (#77000SC) | MATTHEW A. RADEFELD (#52288MO) |
| Co-Counsel for Defendant | Co-Counsel for Defendant |
| 1037 Chuck Dawley Blvd D100 | 7710 Carondelet Ave., Suite 350 |
| Mount Pleasant, SC 29464 | Clayton, Missouri 63105 |
| (843) 732-4441 | (314) 725-7777 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Jillian Anderson
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

                                                */s/ Matthew A. Radefeld*
                                                MATTHEW A. RADEFELD