# KEVIN CHADBOURNE DOWNS

LICENSED ADDICTION COUNSELOR

B.S., Crim. Justice; M.A.; Psych.; J.D., Attorney; LAC; LPC/S; MAC; SAP; CSAT; CAI-II

Charleston Addictions Counseling, LLC
Mt. Pleasant Addictions Counseling, LLC

June 28, 2022

The Honorable Sarah E. Pitlyk
United States District Court Judge
Eastern District of Missouri
111 South 10th Street
St. Louis, MO. 63102

C/O Attorney Cameron J. Blazer
Criminal Counsel for Mr. Ronald Saunders
Mount Pleasant, South Carolina 29464
843-723-4441

Regarding: Mr. Ronald Saunders
No. 4:20-CR-00762-SEP

Dear Judge Pitlyk:

Respectfully, and as a matter of introduction, I have had the professional privilege and honor of serving as the South Carolina/Licensed Professional Counselor-Supervisor (LPC/S) of record, treating Mr. Ronald Saunders - commencing on March 22, 2021 through May 17, 2022, inclusive.

During this fourteen (14) month professional relationship, Mr. Saunders has thoughtfully, sincerely, and transparently participated in all aspects of his Intensive Out Patient (IOP) Therapy, consisting of one (1) session per week/individual counseling, regarding Mr. Saunders presenting issues, as they relate to a criminal arrest for the crime of "Possession and Accessing with Intent to View Child Pornography."

In my forty-eight (48) years of personally protecting individuals, and public and privately held Fortune 500 Corporations - as both a former Boston Narcotics and Homicide Detective, International Investigative Attorney, and now - as one engaged in Professional Therapy – rarely have I seen an individual - as passionately committed to all aspects of his Therapy - as I have professionally witnessed in my treatment of Mr. Saunders.

# KEVIN CHADBOURNE DOWNS
### LICENSED ADDICTION COUNSELOR
B.S., Crim. Justice; M.A.; Psych.; J.D., Attorney; LAC; LPC/S; MAC; SAP; CSAT; CAI-II

Charleston Addictions Counseling, LLC
Mt. Pleasant Addictions Counseling, LLC

During my fourteen (14) months of continual, professional interface with Mr. Saunders - I have learned, beyond doubt, that Mr. Saunders is a man who cognitively accepts full personal responsibility for his criminal conduct and, most importantly, displays great personal remorse for this conduct.

I, sincerely, thank you for this opportunity to provide professional insight to the defendant before you, Mr. Ronald Saunders.

Respectfully submitted,

*Kevin Chadbourne Downs, LPC, Esq*

**Kevin Chadbourne Downs, Esquire**
SC/Licensed Addiction Counselor (LAC); SC/Licensed Addiction Counselor-Supervisor
SC/Licensed Professional Counselor (LPC); SC/Licensed Professional Counselor-Supervisor
Attorney-at-Law: Massachusetts Bar; District of Columbia Bar; Federal District of Ma. Bar

Mount Pleasant Office
875 Low Country Boulevard, Suite 207
Mount Pleasant, South Carolina 29464
Ph: 843-469-5489 | kevincdowns@gmail.com